Date: 01/04/10                    **DIVIDENDS REMITTED TO THE COURT**                    Page: 1

Case Number 08-18519 - BERZONSKY, RONALD J.

| Creditor  # 149611 | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131<br>1434 | 000007 | 179.02 | 2.46 |
| DOMINION EAST OHIO GAS<br>PO BOX 26666<br>ATTN SYSTEM CREDIT - 10TH FLOOR<br>RICHMOND VA 23261<br>4 4409 0218 3404 | 000008 | 120.33 | 1.65 |
| ---------- Remittance Total ---------- | | 299.35 | 4.11 |

BRIAN A. BASH, TRUSTEE

08-18519-rb    Doc 34    FILED 01/05/10    ENTERED 01/06/10 07:23:00    Page 1 of 1